UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Boston Centerless, Inc.

    Plaintiff

    v.                                        CIVIL ACTION 1:22-11729-RGS

Mark A. DeSantis

    Defendant

## JUDGMENT

<u>STEARNS, D.J.</u>

    In accordance with the court's Permanent Injunction Order [Dkt. # 13] entered on January 30, 2023, it is hereby ORDERED:

    Judgment entered for the Plaintiff Boston Centerless, Inc.

| | |
|---|---|
| | By the court, |
| <u>January 30, 2023</u> | /s/ Arnold Pacho |
| Date | Deputy Clerk |